IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| GENERAL ELECTRIC CAPITAL CORPORATION, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil No. 3:08-1229 Judge Trauger |
| VIVID RESTAURANT CONCEPTS, LLC, | ) ) | |
| Defendant. | ) | |

**O R D E R**

Tom D. Robinson "Dba PR Trading" has filed a Motion to Intervene (Docket No. 81), to which the Receiver has objected (Docket No. 86). The motion is **DENIED WITHOUT PREJUDICE**.

Documentation referenced by the Receiver indicates that PR Trading is a partnership, not a sole proprietorship. Partnerships must be represented by counsel before this court, and the motion has not been filed by a lawyer. *Rowland v. California Men's Colony*, *Unit II Men's Advisory Council*, 506 U.S. 194 (1993), holds that a corporation may only appear in federal courts through licensed counsel. That case has been interpreted by courts in this Circuit to mean that any "artificial entity" may only appear in federal courts through counsel. *See Century 21 Real Estate, LLC v. Everitt*, No. 08-14609, 2009 WL 187704 (E.D. Mich. Jan. 23, 2009); *Grainger v. Solomon*, No. 3:07-cv-91, 2008 WL 3823734 (E.D. Tenn. Aug. 12, 2008). The court finds particularly persuasive the discussion of this issue in *In Re ICLNDS Notes Acquisition, LLC,* 259 B.R. 289, 293-94 (Bankr. N.D. Ohio 2001).

It is so **ORDERED**.

1

ENTER this 10th day of August 2009.

_____
ALETA A. TRAUGER
U.S. District Judge

2